■ RICHARD KOERNER et al., Respondents-Appellants, v RICHARD MILONE et al., Appellants-Respondents, et al., Defendants.—Cross appeals from an order and judgment (one paper) of the Supreme Court, Westchester County (Buell, J.), entered December 9, 1988.

Ordered that the order and judgment is affirmed insofar as appealed and cross-appealed from, for reasons stated by Justice Buell in the Supreme Court; and it is further,

Ordered that the plaintiffs are awarded one bill of costs. Bracken, J. P., Brown, Sullivan and Ritter, JJ., concur.